UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 24 2007

at 11 o'clock and ___ min ___ M.
SUE BEITIA, CLERK

| | |
|---|---|
| PAUL LUCAS, dba Solar Engineering and Contracting,<br><br>Plaintiff - Appellant,<br><br>V.<br><br>CITIZENS COMMUNICATIONS COMPANY; et al.,<br><br>Defendants - Appellees. | No. 05-17423<br>D.C. No. CV-03-00295-HG<br><br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 06/26/07

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

AUG 21 2007

by: _____
Deputy Clerk