


Cathy A. Catterson
Clerk of Court

Office of Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

(415) 355-8000

August 21, 2007

USDC, Hawaii
District of Hawaii (Honolulu)
United States Courthouse
Honolulu, HI 96850

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 05-17423 | Lucas v. Citizens Comm. Co. | CV-03-00295-HG |

Dear Clerk:

The following document in the above listed cause is being sent to you under cover of this letter.

- *Certified copy of the Decree of the Court*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

By: Gabriela Van Allen
Deputy Clerk

Enclosure(s)
cc: All Counsel

RECEIVED
CLERK U.S. DISTRICT COURT
AUG 24 2007
DISTRICT OF HAWAII

MOATTGEINVAIT
i

INTERNAL USE ONLY: Proceedings include all events.
05-17423 Lucas v. Citizens Comm. Co., et al

| | |
|---|---|
| PAUL LUCAS, dba Solar Engineering and Contracting<br>    Plaintiff - Appellant | Brian A. Duus, Esq.<br>FAX 808/526-2275<br>808/523-1332<br>Suite 330<br>[COR LD ret]<br>500 Ala Moana Blvd.<br>Five Waterfront Plaza<br>Honolulu, HI 96813<br><br>David J. Gierlach<br>FAX 808/526-2275<br>808/523-1332<br>Suite 330<br>[COR LD NTC ret]<br>500 Ala Moana Blvd<br>5 Waterfront Plaza<br>Honolulu, HI 96813 |
| v. | |
| CITIZENS COMMUNICATIONS COMPANY<br>    Defendant - Appellee | David W. Proudfoot, Esq.<br>808/245-4705<br>Suite 303<br>[COR LD NTC ret]<br>BELLES, GRAHAM & PROUDFOOT<br>4334 Rice Street<br>Lihue, Kauai, HI 96766-1388<br><br>Jonathan J. Chun, Esq.<br>FAX 808/245-3277<br>808/245-4705<br>Suite 202<br>[COR LD NTC ret]<br>BELLES GRAHAM PROUDFOOT & WILSON<br>4334 Rice Street<br>Lihue, HI 96766 |
| KAUAI ISLAND UTILITY COOPERATIVE<br>    Defendant - Appellee | Jeffrey S. Portnoy, Esq.<br>FAX 808/540-5040<br>808/521-9200<br>Suite 1100<br>[COR LD NTC ret]<br>CADES, SCHUTTE, FLEMING & WRIGHT<br>1000 Bishop Street<br>Honolulu, HI 96813<br><br>Jonathan J. Chun, Esq.<br>(See above)<br>[COR LD NTC ret] |